NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATLAS GLOBAL TECHNOLOGIES LLC,**
*Plaintiff-Appellee*

**v.**

**LIANZHOU TECHNOLOGIES CO., LTD., FKA TP-LINK TECHNOLOGIES CO., TP-LINK CORPORATION LTD., FKA TP-LINK INTERNATIONAL LTD.,**
*Defendants-Appellants*

---

2025-1039, 2025-1076

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00430-JRG-RSP, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

JOSEPH SAMUEL GRINSTEIN, Susman Godfrey LLP, Houston, TX, argued for plaintiff-appellee. Also represented by ALEJANDRA SALINAS; ALEXANDER AIKEN, Seattle, WA; KALPANA SRINIVASAN, Los Angeles, CA; ERIC J. ENGER, ALDEN HARRIS, MICHAEL F. HEIM, BLAINE LARSON, Heim, Payne & Chorush, LLP, Houston, TX.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for defendants-appellants. Also represented by JASON H. LISS, CYNTHIA D. VREELAND; HEATH BROOKS, ALLISON MARGARET SCHULTZ, Washington, DC KRISTOPHER L. REED, Holland & Knight LLP, Dallas, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2026
Date

Jarrett B. Perlow
Clerk of Court